UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DHL GLOBAL FORWARDING (THAILAND) LIMITED; DHL GLOBAL FORWARDING; DSV AIR & SEA LTD.; DSV AIR & SEA INC. d/b/a DSV OCEAN TRANSPORT and PYRAMID LINES LTD.,,

Plaintiffs,

-against-

VANGUARD LOGISTICS SERVICES (HONG KONG) LTD. and VANGUARD LOGISTICS SERVICES,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/16/2021__

21 Civ. 10598 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court intends to proceed under a master scheduling order for the cases steming from the losses on the M/V ONE APUS. However, this will occur once the Defendants in each case are given an opportunity to appear and motions for default, if appropriate, are filed. By **thirty (30) days after the execution of a waiver of service or thirty (30) days after service is completed, whichever is sooner**, the parties in this case shall file a joint letter containing: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), (2) a brief description of any contemplated motions, (3) a statement informing the Court if a jury trial is being requested and the anticipated length of any trial, and (4) a statement informing the Court the prospect for settlement, including which form of alternative dispute resolution the parties which to engage in and when. The parties need not file a case management plan until further order by the Court.

    SO ORDERED.

Dated: December 16, 2021
       New York, New York

ANALISA TORRES
United States District Judge